United States District Court
Southern District of Texas

**ENTERED**

April 02, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JEFFREY POFFENBARGER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00022 |
| | § | |
| PENNYMAC LOAN SERVICES, LLC | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO DENY APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

Pending before the Court is Plaintiff's Application to Proceed *In Forma Pauperis* (D.E. 14).  On February 27, 2026, United States Magistrate Judge Julie K. Hampton issued a Memorandum and Recommendation (D.E. 15), recommending that Plaintiff's application be denied. Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's memorandum and recommendation and all other relevant

documents in the record, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's application to proceed *in forma pauperis* (D.E. 14) is **DENIED.** Plaintiff is **ORDERED** to pay the filing fee within twenty (20) days of the date of this Order or to voluntarily dismiss the petition. Plaintiff is advised that failure to pay the filing fee within the time period ordered may result in dismissal of the complaint for failure to prosecute.

        **ORDERED** on April 2, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE